UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:                                              Chapter 11, Sub Chapter V

RV DOCTOR, INC.,                       Case No. 2:23-bk-00256-FMD

    Debtor.
_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

Debtor RV Doctor, Inc. ("Debtor"), through its undersigned attorney and pursuant to, and in compliance with, Local Rule 2081-1, files this Chapter 11 Case Management Summary and states:

1. **Description of Debtor's business – Bankruptcy Filing.** On March 8, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") with the United States Bankruptcy Court for the Middle District of Florida, Fort Myers Division. As of the date of this summary no trustee has been appointed and the Debtor continues to manage and operate its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. **Description of Debtor's business – History.** The Debtor is a Florida for profit corporation that was formed on August 28, 2000. The Debtor operates a recreational vehicle and camper repair and maintenance business with its principal place of business located at 16140 Lee Road, Suites 120 and 140, Fort Myers, Florida 33912 ("Location").

3. **Locations of Debtor's operations and whether leased or owned:** The Debtor has a single location comprised of two industrial warehouse units. The first rental unit is located at 16410 Lee Road, Suite 120, Fort Myers, Florida 33912 which the Debtor leases from SFG ISF Fort Myers Lee, LLC ("Landlord") pursuant to a written lease ("120 Lease"). The second rental

unit is located at 16410 Lee Road, Suite 140, Fort Myers, Florida 33912 which the Debtor leases from the Landlord pursuant to a written lease ("140 Lease"). The usual monthly rent for the 120 Lease is $12,000.00. The usual monthly rent for the 140 Lease is $15,000.00. In addition to rent, each of the leases requires the payment of various common area maintenance charges ("CAM"). These charges have been the source of a dispute between the Debtor and the Landlord.

4.      **Reasons for Filing Chapter 11.** The Landlord acquired the Location in or about July 2020. Since the acquisition, the Landlord and Debtor have had a number of disputes regarding the payments due under the Leases, in particular the amounts due for CAM and related charges. The Debtor and the Landlord have each asserted defaults under the Leases by the respective counterparties. The Debtor and the Landlord each commenced lawsuits against the other in the Circuit Court for the Twentieth Judicial Circuit ("State Court"). The Debtor paid some of the higher charges allegedly due under the Leases which payments caused financial hardship to the Debtor and sapped the Debtor's cash flow. In or about February 2023, the Debtor and Landlord entered into a confidential settlement agreement ("Agreement"). The Agreement required certain payments be made by the Debtor to the Landlord and also required that the Debtor vacate the Location by April 1, 2023. The Debtor's payment under the Agreement, which was due on March 1, 2023 was made on March 2, 2023. The Landlord declared a default under the Agreement based on the late payment and obtained a writ of possession for the Location from the State Court. If served, that writ would have resulted in removal of the Debtor's assets and the Debtor's customer's assets from the Location which would have resulted in the immediate shut down of the Debtor's business. The instant filing stayed further enforcement of the State Court writ.

5.      **List of Officers, directors and insiders (including relatives of insiders), if applicable, and their salaries and benefits at the time of filing and during the 1 year prior**

**to filing.** The Debtor has 2 shareholders – Dan and Janice Akard (husband and wife). Each shareholder owns 50% of the Debtor's shares. Janice Akard is the president, vice president, secretary and treasurer of the Debtor. The Debtor employs Mr. and Mrs. Akard, and their two children, Rachael Akard and Oliver Akard as follows:

| 6.      Name | **Position** | **Salary (annually)** | **Other Benefits** |
|---|---|---|---|
| Dan Akard | Service Manager | $58,000.00 | Company cell phone and vehicle fuel |
| Janice Akard | Customer Relations | $50,000.00 | Company cell phone and vehicle fuel |
| Rachael Akard | Office Manager | $31,200.00 | None |
| Oliver Akard | Service Technician | $31,200.00 | None |

The shareholders periodically tax dividends or distributions from the Debtors when cash flow permits. The shareholders also take distributions to cover the Debtor's tax obligations based upon the Debtor's sub-chapter S status.

7. **Debtor's Annual Gross Revenues.** For 2022 gross revenues were **1,395,000.00.** Year to date gross revenues through February 2023 were **$153,641.00.**

8. **Amounts owed to various classes of creditors, including current year to date and prior fiscal year:**
   a. **Priority creditors such as governmental creditors for taxes, $76,921.85**
   b. **Secured creditors and their respective collateral - $85,000.00, and**
   c. **Unsecured creditors - $855,754.00 (with disputed claim) or $113,574.00 (without disputed claim).**

9. **General description and approximate value of the Debtor's current and fixed assets:** Full depreciated value is **$122,990.00.** At cost the value is **$344,479.00.**

10. **Number of employees and gross amounts of wages owed as of petition date;** Debtor has seven employees. Debtor is current on employee payroll.

3

11.     **Status of Debtor's payroll and sales tax obligation, if applicable;** Debtor is current on payroll; Debtor owes sales tax due to sales tax audit in 2022. Current arrears in sales tax is $76,921. Offer of payment made to State of Florida and is pending.

12.     **Anticipated emergency relief to be requested within the first 14 days after the petition date;** Motion to allow use of cash collateral; motion to enter into lease; applications to employ professional; application or motion to approve officer and insider compensation.

13.     **The debtor's strategic objectives, i.e., refinancing, cramdown, surrender/sale of assets or business.** Vacate current business location; establish new location; and fund reorganization through operations.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF electronic mail, this **10th** day of March, 2023, to:

United States Trustee
All attorneys of record

**And via U.S. Mail to:**
RV Doctor, Inc.
16140 Lee Rd., Suite 140
Fort Myers, FL 33912

Mailing Matrix

                                          */s/ Richard Johnston, Jr.*
Richard Johnston, Jr.
Florida Bar No. 0340995
Johnston Law, PLLC
7370 College Parkway, Suite 210
Fort Myers, FL 33907
Telephone: 239-600-6200
Facsimile: 877-727-4513
richard@richardjohnstonlaw.com
Attorney for RV Doctor, Inc.