UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

RV Doctor, Inc.                                         Case No.: 2:23-bk-00256-FMD

                                                        Chapter 11

        Debtor
_____/

**DANIEL O'DANIEL AND DONNA O'DANIEL's**
**EXPEDITED MOTION FOR RELIEF FROM STAY**

    Creditors and Interested Parties, DANIEL O'DANIEL and DONNA O'DANIEL ("O'DANIEL" or "MOVANTS"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 105, 11 U.S.C. § 362(d)(1) and (d)(2), and Fed. R. Bankr. P. 4001(a), hereby moves for relief from stay to liquidate its claims against the Debtor and recovery property being wrongfully held by the Debtor (the "Motion"). The Motion is supported by the affidavit of Daniel O'Daniel, which is attached hereto as **Exhibit "1"** and incorporated herein by reference. In further support of the Motion, MOVANTS represent as follows:

**JURISDICTION AND VENUE**

    1.    The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

    2.    On or about March 8, 2023, the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code (the "Petition Date").

    3.    Pursuant to Sections 1107(a) and 1108, the Debtor is operating its business and managing its affairs as debtor-in-possession. The Debtor's business is the operation of a recreational vehicle and camper repair business that it operates (or operated) out of a property it

rents from a limited liability company, as landlord.

4. Prior to the Petition Date, in August 2021, MOVANTS took their Recreational Vehicle, identified as Make/Model 2020 Crossroads Redwood Fifth Wheel, Vin 4YDF39827L9340125, Title Number 137773595 (the "RV"), to the Debtor for warranty repairs. The Debtor took possession of the RV for the purpose of performing repairs.

5. The value of the RV at the time that the Debtor took possession was approximately $90,800.00. MOVANTS hold title to the RV, issued by the Florida Department of Motor Vehicles, a copy of which is attached hereto as **Exhibit "A"**.

6. After repeated, ignored, requests to inspect the RV and pick it up to have it serviced elsewhere, MOVANTS were required to file a lawsuit for replevin on or about February 13, 2023. A true and correct copy of the Verified Complaint is attached hereto as **Exhibit "B"**.

7. On April 26, 2023, the Debtor provided access to inspect the RV and MOVANTS inspected it and discovered that not only have the repairs the Debtor claims were performed, and issued an invoice for, had not been performed. Furthermore, the Debtor has allowed the RV to deteriorate further by not taking precautions to protect the RV from weather and water leaks. Debtor left the RV outdoors without any type of covering or tarp to protect it from the elements.

8. The Debtor is taking no steps whatsoever to protect the RV and refuses to relinquish possession of the RV to MOVANTS, while claiming amounts due for work that was not performed.

9. On May 1, 2023, the Court entered an order granting SFG ISF Fort Myers Lee, LLC (the "Landlord") relief form the automatic stay to exercise its in rem rights under state law to obtain possession of the property where the Debtor operates its business and stores customer's RV's (Doc. No. 49). As a result, the Debtor must vacate the premises, remove all vehicles,

equipment, and personal effects on or before 8:00 am on May 10, 2023.

10. MOVANTS are concerned that the RV will be further damaged in Debtors haste to vacate its current business premises or that the RV may be damaged if forcibly removed by the Landlord or its agents.

11. MOVANTS seek stay relief and an order from the Court permitting them to retake possession of the RV and to continue to prosecute their Replevin action as necessary, regain possession of their property, and liquidate their damages claim against the Debtor to file an appropriate claim in the Bankruptcy.

12. MOVANTS acknowledge that this is an interesting fact pattern and that the Court may be required to exercise its powers under 11 U.S.C. § 105 to craft the appropriate remedy to ensure that the MOVANTS rights are protected.

## MEMORANDUM OF LAW

**I. CAUSE EXISTS TO GRANT BCC RELIEF FROM THE AUTOMATIC STAY.**

Section 362(d)(1) of the Bankruptcy Code provides that stay relief should be granted "for cause, including the lack of adequate protection of an interest in property of such party in interest." 11 U.S.C. § 362(d)(1). The courts have interpreted the language of Section 362(d)(1) to include a wide range of circumstances constituting "cause" for stay relief. *In re Bryan Road, LLC*, 382 B.R. 844, 854–855 (Bankr. S.D. Fla. 2008) (*citing Barclays-Am./Business Credit, Inc.* (*In re Dixie Broadcasting, Inc.*), 871 F.2d 1023, 1026 (11th Cir. 1989); *Robbins v. Robbins* (*In re Robbins*), 964 F.2d 342, 346 (4th Cir. 1992) (concluding cause exists where lifting the stay will promote judicial economy). Whether cause exists to grant stay relief is left to the discretion of the court on case by case basis. *Bryan Road, LLC*, 382 B.R. at 854. The court looks to the totality of the circumstances in each particular case when making this determination. *Id.* (*citing In re Aloisi*, 261 B.R. 504, 508 (Bankr. M.D. Fla. 2001)); *Wilson v. Baldino* (*In re Wilson*), 116

F.3d 87, 90 (3rd Cir. 1997); s*ee In re Emerald Cove Villas, LLC*, 2007 WL 757663, at *2–3 (Bankr. M.D. Fla. Mar. 2, 2007). The "decision to lift the stay is discretionary with the bankruptcy judge, and may be reversed only upon a showing of abuse of discretion." *Dixie Broad*, 871 F.2d at 1026. However, under the facts of this case, the Movant believes that the automatic stay does not apply, as there is no dispute that the Debtor does not own the Property at issue, namely the RV.

    A.    **The Debtor Does Not Have An Ownership Interest in the RV and It Is Not Necessary For An Effective Reorganization.**

13. There is no dispute that the Debtor does not own the RV at issue and as such, the Debtor has no equity in the RV nor is it necessary for an effective reorganization.

14. Given the facts as stated above, as a result, MOVANTS requests that this Court enter an Order granting MOVANTS relief from the automatic stay, or alternatively, enter an Order determining that the automatic stay is not applicable to MOVANTS and the Property, and which permits MOVANTS to litigate their Replevin and damages action in the State Court for the purposes of recovering possession and liquidating its claims against the Debtor.

15. The Property at issue is not property of the Debtor or of the Estate. As such, the Debtor, the Estate nor the Trustee have an interest in the property.

16. MOVANTS' rights in the Property are negatively affected by the Debtor's automatic stay where the bankruptcy estate has no interest in the subject property. Accordingly, cause exists to lift the automatic stay to allow Movant to enforce its state court rights against the Property described in paragraph 4 above and liquidate its claims to be administered in the bankruptcy.

17. As a result, this Court should grant MOVANTS' relief from the automatic stay so that they may continue and complete the State Court Action concerning the RV and the

liquidation of claims.

18. Since the property at issue is not property of the estate, Movant further requests that the Court waive the fourteen (14) day stay pursuant to Rule 4001 (a)(3), Federal Rules of Bankruptcy Procedure, so that it may proceed with its replevin action against the subject Property upon entry of an appropriate Order.

19. Pursuant to 11 U.S.C. §362(e), Movant hereby requests that in the event a hearing is necessary, that said hearing be held within thirty (30) days on an expedited basis given the May 10, 2023 deadline for Debtor to relinquish possession of its business premises and remove all vehicles, equipment and personal effects, which includes MOVANTS' RV.

## CONCLUSION

Based upon the foregoing, MOVANTS respectfully request that this Court enter an Order granting MOVANTS relief from, and terminate, the automatic stay as it applies to MOVANTS, granting possession of the RV, waiving the time requirements under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, and so that MOVANTS may continue to prosecute their state court replevin proceedings through judgment, and have the state court enter all necessary orders, judgments, and decrees associated therewith, together with such other relief that this Honorable Court may deem just and proper.

Dated: May 3, 2023.                             Respectfully submitted,

*/s/ Paul A. Giordano*
Paul A. Giordano, Esq.
Fla. Bar No. 0194190
Roetzel & Andress, L.P.A.
2320 First Street, Suite 1000
Fort Myers, Florida 33901
Telephone: (239) 337-3850
Facsimile: (239) 337-0970
pgiordano@ralaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been furnished upon all Parties in Interest and listed on the attached Mailing Matrix via U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1007-2, on May 3, 2023:

**Electronic Notice**

**Bridget M Dennis**      bdennis@shutts.com   jheard@shutts.com

**Richard A Johnston**      richard@richardjohnstonlaw.com

cynthia@richardjohnstonlaw.com; emily@richardjohnstonlaw.com

**Benjamin E. Lambers**      Ben.E.Lambers@usdoj.gov

**Michael C Markham**      mikem@jpfirm.com   MinervaG@jpfirm.com

**Ryan C Reinert**      rreinert@shutts.com   jheard@shutts.com

**United States Trustee - FTM**      USTPRegion21.TP.ECF@USDOJ.GOV

**Manual Notice**

(No manual recipients)

/s/ Paul A. Giordano
Paul A. Giordano, Esq.
Fla. Bar No. 0194190
Roetzel & Andress, L.P.A.
2320 First Street, Suite 1000
Fort Myers, Florida 33901
Telephone: (239) 337-3850
Facsimile: (239) 337-0970
pgiordano@ralaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-2<br>Case 2:23-bk-00256-FMD<br>Middle District of Florida<br>Ft. Myers<br>Wed May  3 16:04:04 EDT 2023 | Daniel O'Daniel<br>C/O Paul A. Giordano, Esq<br>Roetzel and Andress, LPA<br>2320 First Street<br>Suite 1000<br>Fort Myers, FL 33901-2904 | Donna O'Daniel<br>C/O Paul A. Giordano, Esq.<br>Roetzel and Andress, LPA<br>2320 First Street<br>Suite 1000<br>Fort Myers, FL 33901-2904 |
| RV Doctor, Inc.<br>16140 Lee Road, Suite 140<br>Fort Myers, FL 33912-2520 | Advantage Merchant Funding<br>104 E 25th St., 10th Floor<br>New York, NY 10010-8201 | Amy J. Winarsky, Esquire<br>C/O MARCADIS SINGER, P.A.<br>5104 SOUTH WESTSHORE BLVD.<br>TAMPA, FL 33611-5650 |
| Aramark Uniform<br>2050 W. Oliver Ave.<br>Indianapolis, IN 46221-1199 | Battery Store of Naples<br>4360 Corporate Square<br>Naples, FL 34104-4780 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Cintas Uniform Corp<br>3471 Main Highway<br>Suite 206<br>Miami, FL 33133-5929 | Constantine Nelson &<br>Werline, CPA<br>1222 SE 47th St.<br>Suite 305<br>Cape Coral, FL 33904-9602 | Daniel O'Daniel<br>c/o J. Tom Smoot<br>2248 First Street<br>Fort Myers, FL 33901-2960 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dometic Corp USA<br>5600 N. River Rd., Suite 250<br>Des Plaines, IL 60018-5118 | Dometic Corporation<br>5600 North River Road, Suite 250<br>Des Plaines, IL 60018-5118 |
| Emment Funding<br>61-43 186th St., Suite 207<br>Fresh Meadows, NY 11365-2710 | Fastenal Company<br>Attn: Legal<br>2001 Theurer Blvd.<br>Winona, MN 55987-9902 | Florida Dept.  of Revenue<br>5050 W. Tennessee Street<br>Building L<br>Tallahassee, FL 32399-0100 |
| Florida Power & Light<br>4200 W FLAGLER ST<br>RRD/LFO BKY<br>4200 W FLAGLER ST, RRD/LFO BKY<br>CORAL GABLES, FL 33134-1606 | Gilbert Singer<br>Marcadis Singer, PA<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Harper Properties<br>PO Box 69<br>Estero, FL 33929-0069 |
| I.R.S.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kelly Bourgeois<br>c/o Scott N. Fagen, Esq.<br>1342 Colonial Blvd., Suite C-17<br>Fort Myers, FL 33907-1003 |
| McGuire Law & Title, PA<br>PO Box 60205<br>Fort Myers, FL 33906-6205 | Michael P. Bennett<br>Bennett Aiello<br>3471 Main Highway, Suite 206<br>Coconut Grove, FL 33133-5929 | Rapid Financial<br>4500 E. W. Highway<br>6th Floor<br>Bethesda, MD 20814-3327 |
| SFG ISF Fort Myers Lee, LLC<br>4301 West Boy Scout Blvd<br>Suite 300<br>Tampa, FL 33607-5716 | Shutts & Bowen, LLP<br>Attn: Eric E. Page<br>4301 W. Boy Scout Blvd<br>Suite 300<br>Tampa, FL 33607-5716 | Richard A Johnston Jr.+<br>Johnston Law, PLLC<br>7370 College Parkway<br>Ste 210<br>Ft. Myers, FL 33907-5559 |

```
Benjamin E. Lambers +                United States Trustee - FTM +              Paul Anthony Giordano +
Timberlake Annex                     Timberlake Annex, Suite 1200               Roetzel & Andress, LPA
501 E. Polk Street, Suite 1200       501 E. Polk Street                         2320 First Street, Suite 1000
Tampa, FL 33602-3945                 Tampa, FL 33602-3949                       Fort Myers, FL 33901-2904


Ryan C Reinert +                     Bridget M Dennis +                         Michael C Markham +
Shutts & Bowen LLP                   Shutts & Bowen LLP                         401 E. Jackson Street
4301 W Boy Scout Blvd, Ste 300       4301 West Boy Scout Boulevard, Suite 300   Ste 3100
Tampa, FL 33607-5716                 Tampa, FL 33607-5716                       Tampa, FL 33602-5228
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)SFG ISF Fort Myers Lee, LLC       End of Label Matrix
                                     Mailable recipients   35
                                     Bypassed recipients    1
                                     Total                 36
```

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:

RV Doctor, Inc.                             Case No.: 2:23-bk-00256-FMD

                                            Chapter 11

        **Debtor**
_____/

### DANIEL O'DANIEL'S AFFIDAVIT IN SUPPORT OF STAY RELIEF

STATE OF FLORIDA      )
                                     ) SS
COUNTY OF LEE        )

    BEFORE ME, the undersigned authority, personally appeared DANIEL O' DANIEL, ("Affiant") who upon his oath, deposes and says:

    1.    I am over the age of eighteen (18) years and competent to make the statements contained in this Affidavit.

    2.    I am a citizen of the United States of America, and I am a resident of Lee County, Florida.

    3.    I have personal knowledge of the facts set forth in this Affidavit.

    4.    My wife and I own Recreational Vehicle, identified as Make/Model 2020 Crossroads Redwood Fifth Wheel, Vin 4YDF39827L9340125, Title Number 137773595 (the "RV").

    5.    In August of 2021, the Debtor took possession of the RV from us to perform warranty repairs. The Debtor took possession of the RV for the purpose of performing repairs, but has yet to perform those repairs.



EXHIBIT 1

6. This Affidavit is submitted in support of the Motion for Relief from Automatic Stay (the "Motion") by Movants.

7. After repeated, ignored, requests to inspect the RV and pick it up to have it serviced elsewhere, we were required to file a lawsuit for replevin on or about February 13, 2023. A true and correct copy of the Verified Complaint is attached to the Motion for Relief form Stay as Exhibit "A".

8. My estimate of the value of the RV at the time we commenced our state court replevin lawsuit was approximately $90,800.00. Movants hold title to the RV, issued by the Florida Department of Motor Vehicles, a copy of which is attached to the Motion for Relief from Stay as Exhibit "B".

9. The Debtor presented an invoice, through their Bankruptcy counsel, for charges for services and repairs that they had not performed and for materials and parts were never installed on the RV.

10. On April 26, 2023, the Debtor provided access to inspect the RV and we inspected it and discovered that not only have the repairs the Debtor claims were performed, and issued an invoice for, had not been performed, also, the Debtor has allowed the RV to deteriorate further by not taking precautions to protect the RV from weather and water leaks. Debtor left the RV outdoors without any type of covering or tarp to protect it from the elements. It appears that the RV was damaged by Hurricane Ian due to the Debtors negligence and carelessness.

11. The Debtor is taking no steps whatsoever to protect the RV and refuses to relinquish possession of the RV to MOVANTS, while claiming amounts due for work that was not performed.

6859607_1

12. On May 1, 2023, the Court entered an order granting SFG ISF Fort Myers Lee, LLC (the "Landlord") relief form the automatic stay to exercise its in rem rights under state law to obtain possession of the property where the Debtor operates its business and stores customer's RV's As a result, the Debtor must vacate the premises, remove all vehicles, equipment, and personal effects on or before 8:00 am on May 10, 2023.

13. I am concerned about the further deterioration and damage to the RV, which is losing value daily due to the Debtors failure to perform the repairs and also to protect and preserve the RV.

14. I am also concerned that the RV will be further damaged in Debtors haste to vacate its current business premises or that the RV may be damaged if forcibly removed by the Landlord or its agents.

15. I understand that the Debtor claims it is owed money for repairs, but any amounts allegedly owed are likely more than offset by the damage to the RV that the Debtor caused or allowed to occur.

16. I have read this Affidavit and know from my own personal knowledge that the facts contained herein are true, accurate and correct. I hereby certify the foregoing is true and correct based on personal knowledge of the Movant's books and business records, under penalty of perjury.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
DANIEL O'DANIEL

*(Notary Jurat Follows)*

STATE OF FLORIDA         )
COUNTY OF LEE            )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, before me on this 3rd day of May, 2023, by DANIEL O'DANIEL, on behalf of the Movants in this action. He is personally known to me or has produced FLD# 0254-174-43-269-0 as identification and did take an oath.

_____
Notary Public

(Seal or Stamp)

SHARON ROBERTS
MY COMMISSION # HH 241475
EXPIRES: June 3, 2023

Print Name: Sharon Roberts

My Commission Expires: _____

6859607_1

## STATE OF FLORIDA — LIEN SATISFACTION

A06094

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4YDF39827L9340125 | 2020 | CRWD | TV | 42' | | 137773595 |

Date of Issue 02/17/2020

Registered Owner:
DANIEL NEEL O DANIEL OR
DONNA CUNNINGHAM O'DANIEL
5 IROQUOIS S
FORT MYERS BEACH FL 33931

**Lien Release**
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

Mail To:
DANIEL NEEL O DANIEL
5 IROQUOIS S
FORT MYERS BEACH FL 33931-2405

---

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4YDF39827L9340125 | 2020 | CRWD | TV | 42' | | 137773595 |

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| | | | 02/17/2020 |

Registered Owner:
DANIEL NEEL O DANIEL OR
DONNA CUNNINGHAM O'DANIEL
5 IROQUOIS S
FORT MYERS BEACH FL 33931

1st Lienholder
NONE

**Lien Release**
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

DIVISION OF MOTORIST SERVICES — TALLAHASSEE, FLORIDA — DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch, Director
Control Number 145185825
Terry L. Rhodes, Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____  Address: _____
Seller Must Enter Selling Price: _____  Seller Must Enter Date Sold: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads | | | | | | X | (no tenths) miles, date read ____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____   CO-SELLER Must Sign Here: _____
Print Here: _____   Print Here: _____
Selling Dealer's License Number: _____   Tax No.: _____
Auction Name: _____   License Number: _____

PURCHASER Must Sign Here: _____   CO-PURCHASER Must Sign Here: _____
Print Here: _____   Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15) — STATE OF FLORIDA

**EXHIBIT A**

(VOID watermark across document)

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____   Purchaser's DL/ID _____
             First          MI          Last

Address _____   Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____   Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

**ODOMETER CERTIFICATION** - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____
Selling Dealer's Address: _____   Date Sold: _____
Purchaser's Name(s): _____   Address: _____
I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [_____] XX (NO TENTHS) MILES, DATE READ ___/___/___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY
Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____
Print Here: _____   Print Here: _____
Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____
Print Here: _____   Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____
Selling Dealer's Address: _____   Date Sold: _____
Purchaser's Name(s): _____   Address: _____
I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [_____] XX (NO TENTHS) MILES, DATE READ ___/___/___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY
Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____
Print Here: _____   Print Here: _____
Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____
Print Here: _____   Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____
Selling Dealer's Address: _____   Date Sold: _____
Purchaser's Name(s): _____   Address: _____
I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [_____] XX (NO TENTHS) MILES, DATE READ ___/___/___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY
Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____
Print Here: _____   Print Here: _____
Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____
Print Here: _____   Auction License Number: _____

Filing # 166709651 E-Filed 02/13/2023 04:56:00 PM

IN THE CIRCUIT COURT OF THE TWENTIETH
JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA
CIVIL ACTION

DANIEL O'DANIEL and DONNA O'DANIEL,
husband and wife,

    Plaintiffs,

v.

RV DOCTOR, INC. a Florida Corporation,

    Defendant.
_____/

### VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

    Daniel O'Daniel and Donna O'Daniel, husband and wife, sue RV Doctor, Inc. ("RV Doctor") and state:

    1. This is an action to recover possession of personal property located in Lee County, Florida, of a value in excess of $50,000.00.

    2. Plaintiffs are lawfully entitled to the possession of the following described personal property ("the RV"):

| Make/Model | 2020 Crossroads Redwood Fifth Wheel RV |
|---|---|
| VIN Number: | 4YDF39827L9340125 |
| Certificate of Title Number: | 137773595 |

and located at 16140 Lee Rd, Suite 140, Fort Myers, FL 33912.

    3. That to the best knowledge, information and belief of the Plaintiffs, the value of the RV is $90,800.00.

    4. The source of Plaintiffs' right to possession is as follows:


EXHIBIT B

   a. Plaintiffs hold the title of the RV, issued by the Florida Department of Motor Vehicles, a copy of which is attached hereto and made a part hereof as Plaintiff's Exhibit "A."

   b. Defendant is in the business of repairing RVs.

   c. In August, 2021, plaintiffs took the RV to defendant's shop, had discussions with defendant, and the parties agreed that plaintiff would leave the RV with defendant while defendant performed repairs. Plaintiffs left the RV with defendant at that time.

   d. Since then, plaintiffs have made numerous requests to see the RV and to pick it up, all of which have been denied. Defendant has admitted that the agreed repairs have not been made, but has given no valid excuse for this failure.

   e. Defendant has failed to effect the repairs within a reasonable time and has abandoned and breached its contract with plaintiffs.

5. The RV is wrongfully detained by the defendant.

6. The property has not been taken for tax, assessment or fine pursuant to law, nor has it been taken under an execution or attachment against the property of the plaintiff.

7. Plaintiff has complied with or satisfied all conditions precedent prior to the bringing of this action.

WHEREFORE, Plaintiff requests that the Court:

   a. Issue an Order to Show Cause, pursuant to *Fla.Stat.* §78.01, et seq.;

   b. Enter an order directing the Clerk of the Court to issue a Writ of Replevin entitling plaintiffs to possession of the RV;

   c. Enter final judgment entitling Plaintiff to permanent possession of the RV;

d. Award plaintiffs costs; and

e. Provide plaintiffs with such other, further relief as this Court deems just and proper.

## VERIFICATION

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared, Donna O'Daniel, who being duly sworn states that he/she has reviewed the foregoing Complaint and, based upon his/her own personal knowledge and belief, that all the allegations contained herein are true and accurate.

DATED this 13th day of February, 2023.

_____
Donna O'Daniel

SWORN TO AND SUBSCRIBED TO this 13th day of February, 2023, by Donna O'Daniel, who ☐ is personally known to me ☑ produced FL DL#O 354-163-48-561-O _____ as identification, and who did take an oath.



_____
Notary Public – State of Florida

JAMES THOMAS SMOOT III
MY COMMISSION # HH 261140
EXPIRES: May 4, 2026

**J. TOM SMOOT, III, P.A.**
Attorney for Plaintiffs
2248 First Street
Fort Myers, FL 33901
Telephone: (239) 337-7037
Primary E-mail: tom@tsmoot.com
Secondary Email: sharon@tsmoot.com

BY: _____
JAMES THOMAS SMOOT, III
Florida Bar No.: 886874