UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

RV Doctor, Inc.,                                        Case No. 2:23-BK-00-00256-FMD
                                                                        Chapter 11

       Debtor.

_____/

> A preliminary hearing on this matter will be held on July 12, 2023 at 10:30 a.m.
>
> Unless otherwise notified, Judge Delano will conduct all hearings in Fort Myers Division cases by Zoom from Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, and will enter a separate Order Establishing Procedures for Video Hearings. Parties may attend the hearing by telephone, by Zoom, or in person in Courtroom 9A. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing.
>
> UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON IN THE FORT MYERS COURTHOUSE.

**UNITED STATES TRUSTEE'S MOTION
TO DISMISS OR CONVERT CHAPTER 11 CASE**

Mary Ida Townson, the United States Trustee for Region 21, by and through her undersigned counsel, hereby requests that the Court dismiss or convert the above-styled case pursuant to 11 U.S.C. § 1112(b) because of the Debtor's failure to file timely file a plan of reorganization and other reasons more fully set forth below:

       1.        The Debtor filed a voluntary petition under chapter 11 on March 8, 2023, and chose to proceed under Subchapter V of Chapter 11.

2. Consequently, the deadline to file a plan was June 6, 2023. *See* 11 U.S.C. § 1189.

3. On March 13, 2023, the Court entered Order Prescribing Procedures in Chapter 11 Subchapter V Case, Setting Deadline for Filing Plan, and Setting Status Conference, which confirmed the deadline of June 6, 2023.

4. The failure to timely file a plan is a basis for dismissal or conversion *See* 1112(b)(4)(j). The Debtor also failed to comply with an order of the Court, which is a further basis for dismissal or conversion. *See* § 1112(b)(4)(e).

5. Pursuant to his authority under 28 U.S.C. § 586(a), the United States Trustee provided the Debtors by electronic mail information concerning the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees ("Guidelines") which, in part, requires the Debtor to furnish the United States Trustee with copies of operating reports, which are to be filed with the Court.

6. The failure to provide this information is a basis for dismissal or conversion under 11 U.S.C. § 1112(b)(4)(H). To date, the Debtor has failed to file reports for May 2023.

7. Dismissal or conversion of chapter 11 cases is governed by 11 U.S.C. § 1112(b), which states in relevant part:

> (1) Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under

> section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.
>
> (2) The court may not convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter if the court finds and specifically identifies unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate, and the debtor or any other party in interest establishes that--
>
>     (A) there is a reasonable likelihood that a plan will be confirmed within the timeframes established in sections 1121(e) and 1129(e) of this title, or if such sections do not apply, within a reasonable period of time; and
>
>     (B) the grounds for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)--
>
>         (i) for which there exists a reasonable justification for the act or omission; and
>
>         (ii) that will be cured within a reasonable period of time fixed by the court. . . .
>
> (4) For purposes of this subsection, the term 'cause' includes--
>
>     (E) failure to comply with an order of the court; …
>
>     (H) failure timely to provide information or attend meetings reasonably requested by the United States trustee (or the bankruptcy administrator, if any); . . .
>
>     (J)    failure to … file or confirm a plan;
> …

8. Stated more clearly: new section 1112(b) mandates, with limited exceptions, that the court dismiss or convert a chapter 11 case where any of the acts or omissions listed in section 1112(b)(4), or other cause, exists. Conversion or dismissal pursuant to 11 U.S.C. § 1112(b) is mandatory on three of the specific grounds given as examples in that section.

WHEREFORE, the United States Trustee moves this Court pursuant to 11 U.S.C. § 1112(b) to either dismiss the chapter 11 case, convert the chapter 11 case to

one under chapter 7 of Title 11 or grant such other and further relief that the Court may deem appropriate.

                                                      Respectfully submitted,
                                                      Mary Ida Townson
                                                      United States Trustee--Region 21

                                                      By: /s/BENJAMIN E. LAMBERS
                                                          Benjamin E. Lambers
                                                          Trial Attorney
                                                          Fla. Bar No. 774197
                                                          501 E. Polk Street, Suite 1200
                                                          Tampa, FL  33602
                                                          (813)228-2000
                                                          (813)228-2303—facsimile
                                                          Ben.E.Lambers@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the United States Trustee's Motion to Dismiss or Convert has been served by electronic or United States Mail on or before June 23, 2023, on the attached matrix:

                                                      /s/BENJAMIN E. LAMBERS
                                                            Attorney