ORDERED.

Dated:  July 18, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 2:23-bk-00256-FMD |
| | Chapter 11 |
| RV Doctor, Inc., | Subchapter V |
| Debtor. | |
| _____/ | |

**ORDER DISMISSING CHAPTER 11 CASE**

THIS CASE came before this Court on July 12, 2023, at 10:30 a.m. to consider and rule upon the United States Trustee Motion to Convert Case to Chapter 7, or in the alternative, dismiss Chapter 11 Case (Doc. 92).  For the reasons stated upon the record in open court, which constitutes this Court's findings and conclusions, it is

**ORDERED**:

1. The instant bankruptcy case is **DISMISSED**, the alternatively pleaded relief seeking conversion is denied as moot.

2. The Debtor is prohibited from filing a voluntary petition under chapter 11 for one year from the date of the instant order.

3. No debts, obligations, or liabilities are discharged. The automatic stay is terminated. All unresolved motions, if any, are denied as moot. All court hearings or scheduling conferences, if any, are cancelled.

4. The Debtor is **ORDERED** to pay any outstanding court fees, costs and charges, assessed under chapter 123, title 28, United States Code, if any, and file any outstanding operating reports, if any, in connection with this case within 14 days of the entry of this Order.

5. Any party seeking a determination of the allowability of an administrative expense claim, including the Subchapter V Trustee, must file appropriate application(s) with this Court within 30 days of the entry of this Order.

6. This Court retains jurisdiction to adjudicate any timely filed applications. Failure to file an application timely will result in this Court taking no action on adjudicating whether to approve such administrative expense claim.

7. This Court retains and reserves jurisdiction to enforce the provisions of this Order.

8. Upon expiration of the time to file applications or the final adjudication on those applications has been made, whichever is later, the Clerk may proceed to close this case.

Clerk's Office to serve a copy of this Order upon all parties.